# GULKO SCHWED LLP
ATTORNEYS AT LAW
44 Wall Street, Second Floor
New York, New York 10005

David J. Fryman
david@gulkoschwed.com

212.500.1312 (p)
212.678.0405 (f)

*Long Island Office*
499 Chestnut Street, Suite 218
Cedarhurst, New York 11516

January 15, 2015

(**Via ECF**)
Hon. Katherine B. Forrest, U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Helix Systems, Inc. et al. v. Akiva Berman et al.*, **Index No. 15-cv-9763**

Dear Judge Forrest:

We represent plaintiffs Helix Systems, Inc. and Daniel Kalai ("Plaintiffs") in the above-referenced matter. The parties are in the process of negotiating a settlement agreement of the claims asserted in this action and wish to extend the deadlines for expedited discovery and the pending motion to dismiss.

Upon conferring with counsel for defendants Akiva Berman and WDIT, Incorporated ("Defendants"), the parties request that each of the deadlines for expedited discovery and the briefing schedule for Defendants' pending motion to dismiss, ordered by this Court on December 28, 2015, be extended by seven (7) days.

                                          Respectfully Submitted,

                                          */s/ David J. Fryman*

                                          David J. Fryman